1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
9                                        AT TACOMA

10

11    RANDY PEDERSEN,
                                                    Case No.  C05-5344RBL
12                      Plaintiff,

13              v.                                   ORDER DENYING I.F.P.
                                                    APPLICATION
14    CHASE RIVELAND,

15                      Defendant.

16

17          The Court adopts the Magistrate Judge's report and recommendation.  Plaintiff's application for leave

18    to proceed *in forma pauperis* (Doc. 1) is **DENIED**.  This action shall therefore proceed <u>only</u> if plaintiff pays

19    the applicable filing fee ($250.00) **within 30 days** after entry of this order.  If plaintiff fails to pay the filing

20    fee within this time period, the clerk shall dismiss plaintiff's causes of action.

21          The Clerk is directed to mail a copy of this Order to plaintiff.

22          DATED this 24th day of June, 2005.

23

24                                                  _____
                                                    RONALD B. LEIGHTON
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

ORDER
Page - 1